No. 6758.—P. H. WILLARD, Agent, *v.* G. LUGENBUHL and F. ECROT.

A plaintiff who brings suit in his own name as agent is bound to disclose the name and
    residence of his principal. The fact that a defendant has signed a release bond as
    security in an attachment suit wherein the plaintiff appeared as agent without disclosing
    the name of his principal, does not estop him from excepting to the action, on the ground
    that the plaintiff, as agent, failed to disclose the name of his principal.

APPEAL from the Sixth District Court, parish of Orleans. *Howell, J. Race & Foster,* for plaintiff and appellee. *E. K. Washington,* on the same side. *E. Filleul,* for defendants and appellants.

WYLY, J. The plaintiff, styling himself agent, without disclosing the name of his principal, brings this suit against G. Lugenbuhl as surety on a release bond subscribed by him, and also sues to annul the sale of certain property made by said Lugenbuhl to F. Ecrot, charging that this sale was fraudulent and simulated, and was contracted for the purpose of enabling the said Lugenbuhl to put his property beyond the reach of the plaintiff, his creditor.

The defendants excepted to the action because the plaintiff did not disclose in his petition for whom he was suing as agent; that "being *non persona juris* he is neither entitled to an action in his name individually nor in the name of a principal unknown to the tribunal, and therefore not able to possess any active or passive rights."

The exception was overruled, and on final hearing the court gave judgment for the plaintiff. The defendants appeal.

We think the court erred in dismissing the exception of the defendants and allowing the plaintiff to stand in judgment without disclosing the name of the party for whom he was suing. A party may sue as

principal or he may sue as a fiduciary; but if he appears in the latter capacity he must disclose the name of the real plaintiff in the action. The petition must mention the name, surname and place of residence of the plaintiff.   C. P. 172.

But it is urged that the defendant, Lugenbuhl, ought not to complain of the manner of plaintiff's appearance, because he signed the release bond as security in an attachment suit in which the plaintiff appeared, as he now appears, without mentioning the name of the party for whom he is agent.

This is no reason why the name of the owner of the claim sought to be enforced should be withheld.   An irregularity in one action will not justify it in another.

The defendants are sued on the bond signed by Lugenbuhl as security and judgment is prayed against them in favor of the plaintiff as agent.

They ought to be informed in the petition of the name of the party summoning them to trial.

Let the judgment appealed from be annulled and let the suit be dismissed at the costs of the petitioner in both courts.

Mr. Justice Howell is recused in this case.